JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERMYTTYA LOPEZ,<br>    Plaintiff,<br><br>          v.<br><br>C.R. ENGLAND, INC.,<br>    Defendant. | 2:24-cv-2867-DSF-ASx<br><br>Order REMANDING Case |

    Defendant C.R. England, Inc. removed this case from state court on the basis of diversity jurisdiction.

    The case is brought under the California Private Attorneys General Act (PAGA).  Despite correctly noting that the amount in controversy is determined solely on the basis of the representative plaintiff's individual claim to recovery, Defendant has made no genuine attempt to allege Plaintiff's pro rata amount in controversy.  This is particularly apparent with respect to the Occupational Safety and Health Act claims, where Defendant does not even subtract out the State's 75% share, let alone account for the enormous portion that would be recovered by other aggrieved employees.  Nor does Defendant even account for the State's 75% share with respect to Plaintiff's wage claims, which would reduce Plaintiff's share of even those claims substantially.

    Because Defendant has failed to allege Plaintiff's pro rata amount in controversy even while acknowledging its need to do so, the

case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.

Date: April 11, 2024

                                        Dale S. Fischer
                                        United States District Judge